IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | * | |
| APRIL T. ADEMILUYI, | | |
| | * | |
| *Plaintiff-Appellant*, | | |
| v. | * | No. 25-1601 |
| HON. ANNE K. ALBRIGHT, *et al.*, | * | |
| *Defendants-Appellees*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

|  |  |  |
|---|---|---|
| | * | |
| APRIL T. ADEMILUYI, | | |
| | * | |
| *Plaintiff-Appellant*, | | |
| v. | * | No. 25-1602 |
| CARLA N. ANDREWS, *et al.*, | * | |
| *Defendants-Appellees*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**OPPOSITION TO MOTION TO CONSOLIDATE**

Appellees Sheila Tillerson Adams, DaNeeka V. Cotton, and Michael R. Pearson ("the Judges") respectfully submit this opposition to the motion to consolidate filed by Appellant April T. Ademiluyi.

1.      Consolidating the appeals would not facilitate efficiency or promote judicial economy.  Rather, the appeal in *Albright* is untimely and should be

dismissed for lack of jurisdiction, as the Judges' pending motion explains. (No. 25-1601, ECF 15, 17.) For this reason, there is no point in consolidating the appeals (and, if the motion to dismiss is granted, the motion to consolidate will be moot).

2.    The consolidation motion itself consists of a single paragraph, in response to which the Judges note two additional points. First, as previously explained, Ms. Ademiluyi's assertions that the cases were "one case" or that the cases were consolidated in the district court are inaccurate. (No. 25-1601, ECF 15, 15-2, 15-7.) Second, the two cases were dismissed for different reasons: *Albright* was dismissed on the ground of judicial immunity, whereas *Andrews* was dismissed because of Ms. Ademiluyi's failure to obey court orders and failure to prosecute the case. (No. 25-1601, ECF 15.)

## CONCLUSION

The motion to consolidate should be denied.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Kathryn Hummel
_____

KATHRYN HUMMEL
Assistant Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
khummel@oag.state.md.us
(410) 576-6341

Attorneys for Defendants-Appellees
Hon. Sheila Tillerson Adams,
Hon. DaNeeka V. Cotton, and
Hon. Michael R. Pearson

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of July, 2025, the foregoing opposition to motion to consolidate was filed electronically and served on counsel of record who are registered CM/ECF users.


/s/ Kathryn Hummel

_____

Kathryn Hummel